UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | Criminal No. 12-45 SRN/JJG |
| | ) | |
| v.           Plaintiff, | ) | |
| | ) | **MOTION TO WITHDRAW AND FOR** |
| MARK EDWARD WETSCH, | ) | **APPOINTMENT OF SUBSTITUTE** |
| | ) | **STANDBY COUNSEL** |
| Defendant. | ) | |

On September 12, 2012, counsel was appointed by this Court to act as standby counsel for Defendant. Counsel, an Assistant Federal Defender, accepted this appointment and has acted as standby counsel for the defendant since that date. Counsel is now requesting that the Court allow him to withdraw from this matter and appoint substitute standby counsel. In support of this Motion, counsel states as follows:

1. The defendant filed a Motion on September 27, 2012 entitled, Defendant's Motion to Initiate Investigation Into Allegations of Misconduct by Deidre Aanstad and Caroline Durham. The defendant makes allegations in this Motion against Ms. Durham, also an Assistant Federal Defender.

2. As a colleague of Ms. Durham's it would be a conflict of interest for me to continue as standby counsel for the defendant.

For these reasons, I respectfully ask that the Court allow counsel to withdraw and appoint standby counsel from the Criminal Justice Act Panel.

2

Dated:   October 3, 2012                           Respectfully submitted,

*s/Reynaldo A. Aligada*

———————————————
REYNALDO A. ALIGADA
Attorney ID No. 319776
Attorney for Defendant
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415