# UNITED STATES DISTRICT COURT

## DISTRICT OF MINNESOTA

UNITED STATES OF AMERICA,
                    Plaintiff,

**NOTICE OF APPEARANCE**

v.

MARK EDWARD WETSCH,
                    Defendant.

Case No:  12-45 SRN/JJG

Pursuant to the Court's order appointing standby counsel, the undersigned attorney hereby notifies the Court and counsel that Jordan Kushner, Attorney ID No. 219307, shall appear as appointed standby counsel of record for the above named defendant in this case.

Dated:   October 4, 2012

*s/Katherian D. Roe*
KATHERIAN D. ROE
Attorney ID No. 214668
Attorney for Defendant
Office of the Federal Defender
107 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
612-664-5858