RECEIVED BY MAIL
NOV 13 2012
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

November 8, 2012

Deidre Aanstad, AUSA
United States Attorney's Office
United States Courthouse
300 South Fourth Street
Minneapolis, MN 55415

                                          Re: United States v. Mark Edward Wetsch
                                                Criminal No. 12-45 (SRN/JJG)

Dear Ms. Aanstad:

      Previously I requested historical subject matter from you regarding bank robberies that have occurred in Minnesota dating back to 2007 to present. At a subsequent hearing before Magistrate Graham, Mr. Ueland *successfully* argued *against* providing me with said subject matter on the grounds of relevancy. Consequently, the judiciary granted an order *denying* my request.

      I acknowledge my request was too broad. Therefore, I am *now* requesting specific subject matter the Government, specifically the Federal Bureau of Investigation, has in its control, with respect to bank robberies that occurred in Minnesota specific to the year(s) 2011 and 2012.

      I am requesting all bank robbery subject matter that pertains to said robberies where the *supposed* suspect was a Caucasian male and may or may not have wore a black mask while committing the transgression.

      Since my indictment charges me with bank robberies in 2011 and 2012, the requested subject matter is *material*, *relevant* and *necessary* to allow me to prepare an adequate defense with respect to the upcoming criminal trial in the aforementioned case.

Thank you for your immediate time and attention to this salient asking.

Sincerely,

*[signature]*

Mark Edward Wetsch

cc: Clerk of District Court, District of Minnesota

SCANNED
NOV 13 2012
U.S. DISTRICT COURT ST. PAUL