UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

| | |
|---|---|
| UNITED STATES OF AMERICA, | CRIMINAL No. 12-45 (SRN/JJG) |
| Plaintiff, | |
| v. | DEFENDANT'S EX-PARTE REQUEST FOR |
| MARK EDWARD WETSCH, | A COPY OF TRANSCRIPT(S) FROM September |
| Defendant | 12, October 25 and November 1, 2012 Hearing(s) |

The defendant, Mark Edward Wetsch ("Mr. Wetsch"), by and through his pro se representation moves the Court to provide him with a current copy of his Docket Sheet, to include a copy of all electronic or otherwise filed documents from October 12, 2012 to date. While Mr. Wetsch has a copy of a docket sheet and it's related documents, it's last date of any filings is November 11, 2012.

Further, Mr. Wetsch requests a copy of hearing transcripts from the following hearing(s):

[1] September 12, 2012;

[2] October 25, 2012 and;

[3] November 1, 2012

Dated: November 5, 2012

Submitted by,

Mark Wetsch, pro se Defendant
13330 Business Center Drive
Sherburne County Jail
Elk River, MN 55330

RECEIVED BY MAIL
NOV 13 2012
CLERK, U.S. DISTRICT COURT
ST. PAUL, MN

SCANNED
NOV 13 2012
U.S. DISTRICT COURT ST. PAUL