# CERTIFICATE OF SERVICE

I hereby certify that on December 19, 2012, I served, or caused to be served, the following documents:

**GOVERNMENT'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTIONS TO SUPPRESS EVIDENCE AND STATEMENTS**

**GOVERNMENT'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION FOR SEVERANCE**

**GOVERNMENT'S MEMORANDUM OF LAW IN OPPOSITION TO DEFENDANT'S MOTION TO CHANGE VENUE**

I certify, further, that I electronically filed the above-listed documents with the Clerk of the Court by using ECF, which constitutes service on the following ECF participants, pursuant to the ECF Procedures for the District of Minnesota:

Jordan S. Kushner, Esq.

I certify, further, that I served, or caused to be served, the above-listed documents to non-ECF participants by placing a copy in a postpaid envelope addressed to the person(s) hereinafter named, at the place(s) and address(es) stated below, which is/are the last known address(es), and by depositing said envelope and contents in the United States Mail at Minneapolis, Minnesota.

Addressee(s):

Mark Edward Wetsch
Sherburne County Jail
13880 Business Center Drive NW
Elk River, MN 55330

B. TODD JONES
United States Attorney

*s/ Daniel R. Czapko*

BY: DANIEL R. CZAPKO
Legal Assistant