# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MINNESOTA

# PLEA HEARING

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, | **COURT MINUTES - CRIMINAL** |
| v. | Case No: 12-CR-45 SRN/JJG |
| Mark Edward Westch, Defendant. | Date: May 6, 2013 |
| | Court Reporter: Heather Schuetz |
| | Time Commenced: 10:05 a.m. |
| | Time Concluded: 11:10 a.m. |
| | Time in Court: 1 Hour & 5 Minutes |

Before Susan Richard Nelson, United States District Judge, at St Paul, Minnesota.

APPEARANCES:

   For Plaintiff:  Deidre Aanstad, Kevin Ueland
   For Defendant: Mark Wetsch - pro se
                  Jordan Kushner - standby counsel     ☐ FPD ☒ CJA ☐ Retained ☐ Appointed

PROCEEDINGS:

☒ **Change of Plea Hearing.**

☒ PLEA:
    ☒ Guilty as to Count(s):  3, 4, 7, 10, 12
    ☐ "Nolo Contendere" as to Count(s):
    ☐ Defendant admits allegations in the Information.

☒   Presentence Investigation and Report requested.
☐   Bond continued.
☐   Deft released on bond with conditions, see Order Setting Conditions of Release.
☒   Defendant remanded to the custody of the U.S. Marshal.

                                                                                                    s/LPH
                                                                                       Courtroom Deputy