UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| United States of America,<br><br>Plaintiff,<br><br>v.<br><br>Sheikh Bilaal Muhammad Arafat,<br><br>Defendant. | Case No. 12-cr-00045 (SRN/JJG)<br><br><br><br>**ORDER** |

Deidre Y. Aanstad, United States Attorney's Office, 300 S. 4th St., Suite 600, Minneapolis, MN 55415, for the Government

Sheikh Bilaal Muhammad Arafat, Reg. No. 12129-041, Lake Street Residential Reentry Center, 2825 Lake Street S., Minneapolis, MN 55406, Pro Se Defendant

SUSAN RICHARD NELSON, United States District Judge

This matter is before the Court upon Defendant Sheikh Bilaal Muhammad Arafat's Pro Se Emergency Motion for relief [Doc. No. 761]. In that motion, Mr. Arafat raises essentially three claims: (1) that the Federal Bureau of Prisons wrongfully delayed his transfer to a residential reentry center ("RRC"); (2) that he was moved out of the Prison's general housing unit and into more restrictive living arrangements; and (3) that his conditions of confinement are unlawful. (*Id.*)

After filing this motion, Mr. Arafat was transferred into an RRC, BOP, *Inmate Locator*, https://www.bop.gov/inmateloc/ (last accessed Apr. 11, 2022), and he sent an email to the Court requesting that this motion be dismissed. Mr. Arafat's transfer to an

RRC renders his motion moot. *See Mickelson v. Holinka*, 276 Fed. Appx. 527, 527 (8th Cir. 2008) (dismissing as moot an appeal of petitioner's request for immediate release into an RRC after prisoner was released to RRC by the BOP); *Skrzypek v. Roal*, No. 11-cv-933 (ADM/SER), 2011 WL 5833661, at *2 (D. Minn. Oct. 12, 2011), *R&R adopted*, 2011 WL 5593146 (D. Minn. Nov. 17, 2011) (denying as moot an emergency motion and dismissing a petition for habeas corpus requesting immediate release into an RRC after petitioner was transferred to an RRC). Thus, his motion is denied as moot.

Accordingly, **IT IS HEREBY ORDERED** that:

1. Defendant's Emergency Motion for relief [Doc. No. 761] is **DENIED AS MOOT.**

Dated: April 11, 2022

s/Susan Richard Nelson  
SUSAN RICHARD NELSON  
United States District Judge