# United States District Court

for the

DISTRICT OF MINNESOTA

United States v. Sheikh Bilaal Muhammad Arafat

Docket No. 0864 0:12CR00045-001(SRN)

Petition on Supervised Release

COMES NOW **Brian S. James**, U.S. PROBATION OFFICER OF THE COURT, presenting an official report upon the conduct and attitude of **Sheikh Bilaal Muhammad Arafat** who was sentenced for Armed Bank Robbery on May 19, 2014, by the Honorable Susan Richard Nelson, who fixed the period of supervision at 5 years supervised release, and imposed the general terms and conditions theretofore adopted by the Court and also imposed special conditions and terms as follows:

- Submit to searches
- Mental Health Counseling/Treatment/Medication
- Employment required
- Financial disclosure
- No new credit
- No employment with fiduciary responsibilities
- Cooperate with child support officials

RESPECTFULLY PRESENTING PETITION FOR ACTION OF COURT FOR CAUSE AS FOLLOWS:

This petition is not based upon an alleged violation of conduct. At the current time, the defendant remains committed to the Bureau of Prisons, and is currently scheduled to start his term of Supervised Release on December 22, 2022.

In the course of investigating an appropriate release plan, the U.S. Probation Office discovered information that would support the addition of the following conditions:

For the purpose of verifying compliance with any Court-imposed condition of supervision, the defendant shall be placed on a program of Stand-Alone Monitoring for a period of 180 days, in which he will be monitored by location monitoring technology, with or without a specified schedule, as directed by the probation officer. The defendant shall not be required to pay the costs of location monitoring.

You shall not possess, view, access, or otherwise use material that reflects extremist or terroristic views or is deemed to be inappropriate by the U.S. Probation and Pretrial Services Office.

You shall submit to periodic polygraph testing at the direction of the probation officer as a means to ensure compliance with treatment and the requirements of

supervision.

The defendant shall participate in a cognitive behavioral treatment program if directed by the probation officer as approved and instructed. Such programs may include group sessions led by a counselor or participation in a program administered by the probation office.

PRAYING THAT THE COURT WILL ORDER that **a summons be issued and the defendant be brought before the Court to determine whether the above requested conditions are appropriate.**

ORDER OF THE COURT

Considered and ordered this 9th day of December, 2022, and ordered filed and made a part of the records in the above case.

s/Susan Richard Nelson
Honorable Susan Richard Nelson
Senior U.S. District Judge

I declare under penalty of perjury that the foregoing is true and correct.

s/ Brian James
Brian S. James
Senior U.S. Probation Officer
Telephone: 612-664-5364

Executed on　December 9, 2022
Place　　　　Minneapolis

Approved:

s/ Odell Wilson III
Odell Wilson III
Supervising U.S. Probation Officer