# UNITED STATES DISTRICT COURT
# DISTRICT OF MINNESOTA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SHEIKH BILAAL MUHAMMAD ARAFAT,<br><br>Defendant. | **COURT MINUTES**<br>BEFORE: Hon. Susan Richard Nelson,<br>United States District Judge<br><br>Case No.: 12cr45 (SRN)<br>Date: December 19, 2022<br>Court Reporter: Carla Bebault<br>Courthouse: St. Paul<br>Courtroom: 7B<br>Time in Court: 9:31–10:03 AM<br>Total Time: 32 Minutes |

## APPEARANCES:

For Plaintiff:   Deidre Y. Aanstad, Assistant U.S. Attorney

For Defendant:   Manvir K. Atwal, ☒ FPD, ☐ CJA, ☐ Retained.

## PROCEEDINGS:

Hearing held re: proposed additions to the defendant's conditions of supervised release. At defense counsel's request, and without objection from the Government, the hearing was continued to permit defense counsel time to receive all relevant preparatory materials. The hearing will be reconvened on January 4th, 2023, at 1:30 p.m. in Courtroom 7B in the St. Paul Courthouse.

s/JLD<br>Judicial Law Clerk