## UNITED STATES DISTRICT COURT
## DISTRICT OF MINNESOTA

### ORDER

United States of America,

                Plaintiff,

v.

**Sheikh Bilaal Muhammad Arafat**

                Defendant.

Docket No. 0864 0:12CR00045-001 (SRN)

On the 1st day of February, 2023, Sheikh Bilaal Muhammad Arafat appeared before the Honorable Susan Richard Nelson, Senior U.S. District Judge, for a Modification Hearing.

IT IS HEREBY ORDERED that Sheikh Bilaal Muhammad Arafat be released under the same terms and conditions previously imposed on supervised release. In addition, the following condition of release is imposed:

- The defendant shall participate in a cognitive behavioral treatment program as approved and instructed by the probation officer. Such programs may include group sessions led by a counselor or participation in a program administered by the probation officer.

Signed and executed this 3rd day of February, 2023.

s/Susan Richard Nelson
Honorable Susan Richard Nelson
Senior U.S. District Judge